UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 20-45736 |
| | ) | |
| SAVANNA L DAVIS | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

### ORDER ON TRUSTEE'S MOTION TO DISMISS

The Standing Chapter 13 Trustee, Diana S. Daugherty, having previously filed her motion to dismiss, it is ORDERED that the motion to dismiss is hereby DENIED.

**DATED: March 10, 2023**
St. Louis, Missouri

*[signature]*
**KATHY A. SURRATT-STATES**
**U.S. Bankruptcy Judge**

STL_ORD_TRMTD -- SI

Copies Mailed To:
SAVANNA L DAVIS
12912 BELLERIVE ESTATES DRIVE
SAINT LOUIS, MO  63141

U.S. Bankruptcy Court
111 S. 10th St.
Room 7 North
St. Louis, MO  63102

LAW OFFC NATALIE C PHILLIPS
4243 REAVIS BARRACKS RD
ST LOUIS, MO  63125-2327

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143